**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PEDRO SARAVIA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-00064** |
| **VS.** | § | |
| | § | |
| | § | |
| **WAL-MART, INC.** | § | |
| *Defendant.* | | |

**PLAINTIFF'S DESIGNATION OF LEAD COUNSEL**
**AND NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE:

COMES NOW, PEDRO SARAVIA, Plaintiff in the above entitled and numbered cause and files this Designation of Lead Counsel and Notice of Change of Address and would show as follows:

Brian H. Crockett, State Bar Number 24074094, Crockett Law, P.C., Virtual Mail Room 2501A Central Parkway, Suite A-11, Houston, Texas 77092, has been designated as lead counsel representing Plaintiff. *Please make note of Counsel for Plaintiff's updated address.*

WHEREFORE, PREMISES CONSIDERED, Plaintiff, PEDRO SARAVIA, respectfully requests that this Court receive notice of the change of counsel for Plaintiff to Brian H. Crockett as lead counsel on this case.

Respectfully submitted,

**CROCKETT LAW, PC**

By:_____
**Brian H. Crockett**
State Bar No. 24074094
[*Signature continued to next page.*]

1

Virtual Mail Room
2501A Central Parkway, Suite A-11
Houston, Texas 77092
(281) 953-1180 – Telephone
(281) 953-1186 – Facsimile
brian@crockett.law
efile@crockett.law

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of January, 2025, a true and correct copy of the foregoing instrument was duly served in accordance with the Federal Rules of Civil Procedure.

_____
**Brian Crockett**