# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Pedro Saravia

v.                                                  Case Number: 4:25−cv−00064

Wal−Mart, Inc.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Dena Hanovice Palermo**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/10/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   February 12, 2025                                           Nathan Ochsner, Clerk